
**ORIGINAL**

# In the United States Court of Federal Claims

No. 16-730C
(Filed: October 12, 2016)

|  |  |
|---|---|
| TARSHIKA SWEEZER, | ) |
| *Pro Se* Plaintiff, | ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

FILED
OCT 1 2 2016
U.S. COURT OF
FEDERAL CLAIMS

## O R D E R

On September 19, 2016 the court issued an order (Docket Entry 6) directing plaintiff to submit a corrected complaint by October 3, 2016 or the case would be dismissed for failure to prosecute. A review of court records indicates that plaintiff has failed to file a corrected filing as directed by the court. Accordingly, the above-captioned case is **DIMISSED** pursuant to Rule 41(b) of the United States Court of Federal Claims for failure to prosecute. The Clerk is directed to enter judgment.

**IT IS SO ORDERED**.

NANCY B. FIRESTONE
Senior Judge